# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

JULIUS C. GREEN,              :

    Plaintiff,              :

vs.                           :       CA 07-0411-BH-C

MICHAEL J. ASTRUE,            :
Commissioner of Social Security,
                                            :

    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge (Doc. 20) made under 28 U.S.C. § 636(b)(l)(B) and dated January 30, 2008 is **ADOPTED** as the opinion of this Court and the decision of the Commissioner of Social Security denying plaintiff's benefits is **AFFIRMED**.

**DONE** this 26th day of February, 2008.

                                                                       s/ W. B. Hand
                                                           SENIOR DISTRICT JUDGE